DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIC 1 LLC,** a Florida Limited Liability Company,
Appellant,

v.

**TENANT'S RIGHTS LLC** as assignee to **JASMAIN ROPER,**
Appellee.

No. 4D2025-1290

[April 8, 2026]

Appeal of a non-final order from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502025SC001245XXXAWB.

Berry James Walker, Jr. of Walker & Tudhope, P.A., Altamonte Springs, for appellant.

Daniel William Bialczak of Korte & Associates, PLLC, Palm Beach Gardens, for appellee.

*ON CONFESSION OF ERROR*

PER CURIAM.

Appellant appeals the county court's order denying Appellant's motion to transfer case for lack of venue. Appellee has filed a confession of error. We have reviewed, and accept Appellee's confession of error.

Accordingly, we reverse the county court's order denying Appellant's motion to transfer case for lack of venue, and remand with instructions to transfer the case to Orange County, Florida.

*Reversed and remanded.*

GERBER, FORST and LOTT, JJ., concur.

\*　　　\*　　　\*

***No motion for rehearing will be accepted.  The mandate shall issue immediately.***